**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| MING WEI, | : No. 419 MAL 2019 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| STATE CIVIL SERVICE COMMISSION | : |
| (PENNSYLVANIA DEPARTMENT OF | : |
| HEALTH), | : |
| | : |
| Respondent | : |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 22nd day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.